IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 21-CR-40047-SMY |
| | ) |
| HERBERT W. HOLDER, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On February 21, 2023, this Court entered order of forfeiture (Doc.62) against defendant Herbert W. Holder, for the following property which had been seized from the defendant:

**A Ruger LC9S, 9mm caliber pistol, bearing serial number 451-83106, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 2, 2025, and ending May 31, 2025, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc.62) filed on February 21, 2023, namely:

**A Ruger LC9S, 9mm caliber pistol, bearing serial number 451-83106, and any and all ammunition contained therein.**

The United States Marshal shall dispose of the property according to law.

**DATE: September 8, 2025**

_____
**STACI M. YANDLE**
**United States District Court Judge**